**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOSHUA D. HICKEY, | : No. 181 MM 2014 |
| Petitioner | : |
| v. | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> is **DENIED**.